IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN ROBERT DEMOS,

   Petitioner,

vs.             No.  13-CV-0014

THE ATTORNEY GENERAL
OF THE STATE OF WASHINGTON
   Defendant.

## ORDER

**HERNDON, Chief Judge:**

  In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, petitioner brings a collateral attack on his 1972, 1974 and 1978 convictions for burglary, assault and robbery for which he is serving a life sentence.

  According to the petition, petitioner was convicted in the United States Military Court.  Further, the petition states that he is confined at the Clallam Bay Correction Center located in the State of Washington, which is located in the Western District of Washington.  28 U.S.C. § 128(b).  The petition does not contain any allegations pertaining to this judicial district.  Clearly, the Western District of Washington is the proper forum for the hearing and determination of this habeas corpus action, particularly because the records of petitioner's conviction may be found there, as may most of the participants in his trial.  Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Washington, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate.  **Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.**

**IT IS SO ORDERED.**

**Signed this 10th day of January, 2013.**

David R. Herndon
2013.01.10
18:19:32 -06'00'

**Chief Judge
United States District Court**